| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2022
Nathan Ochsner, Clerk

Robert Kitto, §
    Petitioner, §
 §
v. §    Civil Action H-22-1382
 §
Michael Porter, §
    Respondent. §

## Order of Adoption

On July 13, 2022, Magistrate Judge Peter Bray recommended that the court grant Robert Kitto's motion to remand. (11) Michael Porter filed objections. (12) The court denies the objections. The court concludes under the facts of this case that the court lacks subject matter jurisdiction. The court's conclusion does not preclude the exercise of subject matter jurisdiction over a Rule 202 petition in every case. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate order to remand.

Signed at Houston, Texas, on July 29, 2022.

Lynn N. Hughes
United States District Judge